UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. CR205-37 |
|---|---|---|
| | ) | |
| v. | ) | VIO: 21 U.S.C. § 846 |
| | ) | Conspiracy to Distribute 5 Kilograms |
| JOSE REYES VILLALOBOS, | ) | or More of Cocaine Hydrochloride |
| ROMAN GUERRA, | ) | (Powder) and 1000 Kilograms or |
| JOSE VARGAS, | ) | More of Marijuana |
| ANGEL MORFIN, | ) | |
| JOAQUIN MEJIA, | ) | 18 U.S.C. § 2 |
| SUZANNA CARRISOSA, | ) | Aiding and Abetting |
| LAURA DAVENPORT, | ) | |
| BRIDGETTE REYNOLDS, | ) | |
| JEREMY THOMPSON, | ) | |
| ALMA MARIE WILLIAMS, and | ) | |
| KATHERINE CRAPPS | ) | |

## ORDER

Upon motion of the United States, it is ORDERED that Indictment referenced above and any accompanying documentation be unsealed, effective August 23, 2005.

This 24th day of August, 2005. nunc pro tunc.

HONORABLE JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA